**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LUIS ALFREDO ULLOA
YAGUAL,

                Petitioner,

        v.

FERETI SEMAIA, et al.,

                Respondents.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:26-cv-04165-SP

**JUDGMENT**

      Pursuant to the Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment,

      IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: June 26, 2026

SHERI PYM
United States Magistrate Judge